# EXHIBIT C

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

STATE OF TEXAS and STATE OF TEXAS ex rel. JKJ PARTNERSHIP 2011, LP

**(b)** County of Residence of First Listed Plaintiff: Travis County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See attachment.

## DEFENDANTS

BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC., SANOFI-SYNTHELABO LLC

County of Residence of First Listed Defendant: Out-of-State
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

See attachment.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C. § 1441, 28 U.S.C. § 1446, 42 U.S.C. § 1396 et seq., 21 U.S.C. § 301 et seq.

Brief description of cause:
Civil action alleging Medicaid and consumer fraud.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** in excess of $250,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: Dec 1, 2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# CIVIL COVER SHEET ATTACHMENT

**Attorney Information for State of Texas:**

Amy Snow Hilton (Texas Bar No. 24097834)
Anthony Dolcefino (Texas Bar No. 24134406)
Katherine Pitcher (Texas Bar No. 24143894)
OFFICE OF THE ATTORNEY GENERAL
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
T: (512) 936-1709
F: (512) 499-0712
Amy.Hilton@oag.texas.gov
Anthony.Dolcefino@oag.texas.gov
Katherine.Pitcher@oag.texas.gov

Ken Paxton (Attorney General of Texas)[1]
Brent Webster (First Assistant Attorney General)
Ralph Molina (Deputy First Assistant Attorney General)
Austin Kinghorn (Deputy Attorney General for Civil Litigation)
OFFICE OF THE ATTORNEY GENERAL
PO Box 12548
Austin, TX 78711-2548
T: (512) 463-2100

Samuel F. Baxter (Texas Bar No. 01938000)
Jennifer L. Truelove (Texas Bar No. 24012906)
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, TX 75670
T: (903) 923-9000
sbaxter@mckoolsmith.com
jtruelove@mckoolsmith.com

Eric B. Halper (*pro hac vice* to be filed)
John C. Briody (*pro hac vice* to be filed)
Radu A. Lelutiu (*pro hac vice* to be filed)
Ayana Rivers (*pro hac vice* to be filed)
MCKOOL SMITH P.C.
1301 Ave. of the Americas, 32nd Floor
New York, NY 10001

[1] Mr. Paxton, Mr. Webster, Mr. Molina, and Mr. Kinghorn did not provide their bar numbers, addresses, telephone numbers, or e-mail addresses in the signature block of the Petition. The Companies have provided all of the information for these counsel that has been made available to them as of the date of this filing.

T: (212) 402-9400
ehalper@mckoolsmith.com
jbriody@mckoolsmith.com
rlelutiu@mckoolsmith.com
arivers@mckoolsmith.com

Rachael Jones (Texas Bar No. 24032481)
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
T: (214) 978-4000
lrjones@mckoolsmith.com

Mark Lanier (Texas Bar No. 11934600)
Alex J. Brown (Texas Bar No. 24026964)
Zeke DeRose III (Texas Bar No. 24057421)
Jonathan Wilkerson (Texas Bar No. 24050162)
THE LANIER FIRM, PC
10940 W Sam Houston Pkwy N Suite
Houston, TX 77064
T: (800) 723-3216
WML@LanierLawFirm.com
Alex.Brown@LanierLawFirm.com
Zeke.DeRose@LanierLawFirm.com
Jonathan.Wilkerson@LanierLawFirm.com

**Attorney Information for JKJ Partnership 2011, LP:**

**Same attorneys from McKool Smith P.C. and The Lanier Firm, PC listed above.*

**Attorney Information for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC[2]:**

Harry L. Gillam, Jr. (Texas Bar No. 07921800)
Melissa R. Smith (Texas Bar No. 24001351)
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, TX 75670
T: (903) 934-8450
F: (903) 934-9257
gil@gillamsmithlaw.com
melissa@gillsamsmithlaw.com

Andrew Thompson ("Tom") Gorham (Texas Bar No. 24012715)

[2] Plaintiffs incorrectly designated Sanofi-Synthelabo LLC as "Sanofi-Synthelabo Inc."

James Travis Underwood (Texas Bar No. 24102587)
GILLAM & SMITH, L.L.P.
7232 Crosswater Ave.
Tyler, TX 75703
T: (903) 934-8450
F: (903) 934-9257
tom@gillamsmithlaw.com
travis@gillamsmithlaw.com

George Valton Jones (Texas Bar No. 10888050)
THE VAL JONES LAW FIRM
109 W. Austin St.
Marshall, TX 75670
T: (903) 927-2220
F: (903) 927-2093
val@valjoneslaw.com

Allissa Pollard (Texas Bar No. 24065915)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
T: (713) 576-2400
F: (713) 576-2499
allissa.pollard@arnoldporter.com

Anand Agneshwar (*pro hac vice forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689
anand.agneshwar@arnoldporter.com

Daniel S. Pariser (*pro hac vice forthcoming*)
Paige H. Sharpe (*pro hac vice forthcoming*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
daniel.pariser@arnoldporter.com
paige.sharpe@arnoldporter.com