# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| STATE OF TEXAS and STATE OF TEXAS *ex rel.* JKJ PARTNERSHIP 2011, LP,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC., SANOFI-SYNTHELABO INC., SANOFI S.A., and DOE DEFENDANTS 2 to 100,<br><br>Defendants. | Case No. _______________ |

**LISTS REQUIRED PER LOCAL RULE CV-81(C)**

Pursuant to Local Rule CV-81(C), Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC[1] (collectively, the "Companies"), by and through their attorneys, provide the following information:

1. **Rule CV-81(c)(1): a list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (e.g., pending, dismissed)**

   The State of Texas – named plaintiff
   JKJ Partnership 2011, LP – named plaintiff
   Bristol-Myers Squibb Company – named defendant
   Sanofi-Aventis U.S. LLC – named defendant
   Sanofi US Services Inc. – named defendant
   Sanofi-Synthelabo LLC – named defendant
   Sanofi S.A. - named defendant[2]

[1] Plaintiffs incorrectly designated Sanofi-Synthelabo LLC as "Sanofi-Synthelabo Inc."

[2] As set forth in the Notice of Removal (see pp. 9-10), Sanofi S.A. is a foreign company that has not been properly named in the case or properly served. Out of an abundance of caution, the Companies have nevertheless listed Sanofi S.A. as a named defendant because that entity appears

Footnote continued on next page

The removed case is pending.

2. **Rule CV-81(c)(2): A civil cover sheet and certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g., complaints, amended complaints, supplemental complaints, petitions, counter-claims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court as required by 28 U.S.C. § 1446(a)**

The civil cover sheet is attached as Exhibit C. A certified copy of the state court docket sheet, and copies of all process, pleadings, orders and other papers filed in the state court action—as available from the state court docket or otherwise made available to the Companies at the time of filing this Notice—are attached as Exhibit B.

3. **Rule CV-81(c)(3): A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party or parties represented by that attorney**

| **Attorney Name, Bar Number, Address, Telephone, Facsimile, & E-mail** | **Party Represented** |
|---|---|
| Amy Snow Hilton (Texas Bar No. 24097834)<br>Anthony Dolcefino (Texas Bar No. 24134406)<br>Katherine Pitcher (Texas Bar No. 24143894)<br>OFFICE OF THE ATTORNEY GENERAL<br>Healthcare Program Enforcement Division<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>T: (512) 936-1709<br>F: (512) 499-0712<br>Amy.Hilton@oag.texas.gov<br>Anthony.Dolcefino@oag.texas.gov<br>Katherine.Pitcher@oag.texas.gov | Counsel for State of Texas |

in the case caption of the Petition. Sanofi S.A. fully preserves, and does not waive, any and all potential defenses, including without limitation those pertaining to service and/or personal jurisdiction.

| **Attorney Name, Bar Number, Address, Telephone, Facsimile, & E-mail** | **Party Represented** |
|---|---|
| Ken Paxton (Attorney General of Texas)[3]<br>Brent Webster (First Assistant Attorney General)<br>Ralph Molina (Deputy First Assistant Attorney General)<br>Austin Kinghorn (Deputy Attorney General for Civil Litigation)<br>OFFICE OF THE ATTORNEY GENERAL<br>PO Box 12548<br>Austin, TX 78711-2548<br>T: (512) 463-2100 | Counsel for State of Texas |
| Samuel F. Baxter (Texas Bar No. 01938000)<br>Jennifer L. Truelove (Texas Bar No. 24012906)<br>MCKOOL SMITH P.C.<br>104 East Houston, Suite 300<br>Marshall, TX 75670<br>T: (903) 923-9000<br>sbaxter@mckoolsmith.com<br>jtruelove@mckoolsmith.com | Counsel for State of Texas and JKJ Partnership 2011, LP |
| Eric B. Halper (*pro hac vice* to be filed)<br>John C. Briody (*pro hac vice* to be filed)<br>Radu A. Lelutiu (*pro hac vice* to be filed)<br>Ayana Rivers (*pro hac vice* to be filed)<br>MCKOOL SMITH P.C.<br>1301 Ave. of the Americas, 32nd Floor<br>New York, NY 10001<br>T: (212) 402-9400<br>ehalper@mckoolsmith.com<br>jbriody@mckoolsmith.com<br>rlelutiu@mckoolsmith.com<br>arivers@mckoolsmith.com | Counsel for State of Texas and JKJ Partnership 2011, LP |
| Rachael Jones (Texas Bar No. 24032481)<br>MCKOOL SMITH P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>T: (214) 978-4000<br>lrjones@mckoolsmith.com | Counsel for State of Texas and JKJ Partnership 2011, LP |

[3] Mr. Paxton, Mr. Webster, Mr. Molina, and Mr. Kinghorn did not provide their bar numbers, addresses, telephone numbers, or e-mail addresses in the signature block of the Petition. The Companies have provided all of the information requested by Local Rule CV-81(c)(3) for these counsel that has been made available to them as of the date of this filing.

| Attorney Name, Bar Number, Address, Telephone, Facsimile, & E-mail | Party Represented |
|---|---|
| Mark Lanier (Texas Bar No. 11934600)<br>Alex J. Brown (Texas Bar No. 24026964)<br>Zeke DeRose III (Texas Bar No. 24057421)<br>Jonathan Wilkerson (Texas Bar No. 24050162)<br>THE LANIER FIRM, PC<br>10940 W Sam Houston Pkwy N Suite<br>Houston, TX 77064<br>T: (800) 723-3216<br>WML@LanierLawFirm.com<br>Alex.Brown@LanierLawFirm.com<br>Zeke.DeRose@LanierLawFirm.com<br>Jonathan.Wilkerson@LanierLawFirm.com | Counsel for State of Texas and JKJ Partnership 2011, LP |
| Harry L. Gillam, Jr. (Texas Bar No. 07921800)<br>Melissa R. Smith (Texas Bar No. 24001351)<br>GILLAM & SMITH, L.L.P.<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>T: (903) 934-8450<br>F: (903) 934-9257<br>gil@gillamsmithlaw.com<br>melissa@gillsamsmithlaw.com | Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC |
| Andrew Thompson ("Tom") Gorham (Texas Bar No. 24012715)<br>James Travis Underwood (Texas Bar No. 24102587)<br>GILLAM & SMITH, L.L.P.<br>7232 Crosswater Ave.<br>Tyler, TX 75703<br>T: (903) 934-8450<br>F: (903) 934-9257<br>tom@gillamsmithlaw.com<br>travis@gillamsmithlaw.com | Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC |
| George Valton Jones (Texas Bar No. 10888050)<br>THE VAL JONES LAW FIRM<br>109 W. Austin St.<br>Marshall, TX 75670<br>T: (903) 927-2220<br>F: (903) 927-2093<br>val@valjoneslaw.com | Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC |
| Allissa Pollard (Texas Bar No. 24065915)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>700 Louisiana Street, Suite 4000<br>Houston, TX 77002 | Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi |

| **Attorney Name, Bar Number, Address, Telephone, Facsimile, & E-mail** | **Party Represented** |
|---|---|
| T: (713) 576-2400<br>F: (713) 576-2499<br>allissa.pollard@arnoldporter.com | US Services Inc., and Sanofi-Synthelabo LLC |
| Anand Agneshwar (*pro hac vice forthcoming*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>T: (212) 836-8000<br>F: (212) 836-8689<br>anand.agneshwar@arnoldporter.com | Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC |
| Daniel S. Pariser (*pro hac vice forthcoming*)<br>Paige H. Sharpe (*pro hac vice forthcoming*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>T: (202) 942-5000<br>F: (202) 942-5999<br>daniel.pariser@arnoldporter.com<br>paige.sharpe@arnoldporter.com | Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC |

4. **Rule CV-81(c)(4): A record of which parties have requested jury trial (this information is in addition to filing a separate jury demand pursuant to Local Rule CV-38(a))**

Plaintiffs requested a jury trial in Paragraph 52 of the Petition. *See* Ex. A ¶ 52.

5. **Rule CV-81(c)(4): The name and address of the court from which the case was removed**.

District Court, 71st Judicial District, Harrison County, Texas
200 W Houston St., Suite 219
Marshall, Texas 75670

Dated: December 1, 2025

Respectfully submitted,

*/s/ Melissa R. Smith*
GILLAM & SMITH, L.L.P.

Melissa R. Smith
(Texas Bar No. 24001351)
Harry L. Gillam, Jr.
(Texas Bar No. 07921800)
303 S. Washington Ave.
Marshall, TX 75670
T: (903) 934-8450
F: (903) 934-9257
melissa@gillsamsmithlaw.com
gil@gillamsmithlaw.com

Andrew Thompson ("Tom") Gorham
(Texas Bar No. 24012715)
James Travis Underwood
(Texas Bar No. 24102587)
7232 Crosswater Ave.
Tyler, TX 75703
T: (903) 934-8450
F: (903) 934-9257
tom@gillamsmithlaw.com
travis@gillamsmithlaw.com

THE VAL JONES LAW FIRM
George Valton Jones
(Texas Bar No. 10888050)
109 W. Austin St.
Marshall, TX 75670
T: (903) 927-2220
F: (903) 927-2093
val@valjoneslaw.com

ARNOLD & PORTER KAYE SCHOLER LLP
Allissa Pollard
(Texas Bar No. 24065915)
700 Louisiana Street, Suite 4000
Houston, TX 77002
T: (713) 576-2400
F: (713) 576-2499
allissa.pollard@arnoldporter.com

Anand Agneshwar (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689

anand.agneshwar@arnoldporter.com

Daniel S. Pariser (*pro hac vice forthcoming*)
Paige H. Sharpe (*pro hac vice forthcoming*)
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
daniel.pariser@arnoldporter.com
paige.sharpe@arnoldporter.com

*Counsel for Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo LLC*