**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS,  THE STATE OF TEXAS EX REL. JKJ PARTNERSHIP 2011, LP,, | § § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | |
| BRISTOL-MYERS SQUIBB COMPANY,  SANOFI-AVENTIS U.S. LLC,  SANOFI S.A.,  DOE DEFENDANTS 2 TO 100,  SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.,  SANOFI-SYNTHELABO LLC, | § § § § § § § | Case No.  2:25-CV-01180-JRG-RSP |
| *Defendants*. | § | |

## <u>ORDER</u>

Defendant previously filed a Motion to Remand to State Court (Dkt. No. 14.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 35), recommending grant of Defendant's Motion to Remand. Plaintiff has now filed Objections (Dkt. No. 39), with Defendant filing a Response (Dkt. No. 40.)

After conducting a *de novo* review of the briefing on the Motion to Remand, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation and orders that this action be remanded to state court *instanter*.

So ORDERED and SIGNED this 12th day of March, 2026.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE