**PLEASE EXECUTE THIS ACKNOWLEDGMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)**

**TO:** Harrison County Courthouse 71st District
200 West Houston Ste 219 Marshall, TX 75670

**RE:** Order of Remand Dkt #41 2:25cv1180

**RECEIVED:**
Order Remanding

on this 24th day of March, 20~~0~~26.

**SIGNED:** [signature]
(Addressee/Agent for Addressee)